

**Marc J. Gross**
212.237.1008
Mgross@windelsmarx.com

156 West 56th Street  |  New York, NY 10019
T. 212.237.1000  |  F. 212.262.1215

February 28, 2018

*VIA ECF*
Hon. Vincent L. Briccetti
United States Courthouse
300 Quarropas Street, Room 630
White Plains, NY 10601

      Re:    CIT Bank N.A. v. Tracy D. Diaz, *et al.*
                Case No. 7:16-cv-08794-VB

Your Honor:

      We represent CIT Bank, N.A. ("*Plaintiff*") in the above-referenced mortgage foreclosure action.  I write pursuant to Your Honor's individual practice rules to request that Plaintiff's motion for *inter alia* a Judgment of Foreclosure and Sale and related documents filed at ECF Nos. 27- 31 be withdrawn without prejudice.  Plaintiff, seeks to have the motion withdrawn as a result of a settlement between the parties; moreover Plaintiff intends to file a stipulation of voluntarily dismissal upon receipt from defendants.  Further, Plaintiff requests that the upcoming motion appearance for March 8, 2018 be cancelled, as a result of the aforementioned settlement.

      Thank you for your courtesies and consideration in this matter.  Please do not hesitate to contact the undersigned with any questions or concerns.

                                      Respectfully submitted,

                                      _____/s/_____
                                      Marc J. Gross, Esq.

*VIA ECF*
Tracy D. Diaz (*Pro Se Defendant*)

*VIA First Class Mail*
Caitlyn Diaz (*Pro Se Defendant*)
94 Creamery Drive
New Windsor, New York 12553

{11510228:1}