| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>CIT BANK, N.A.,<br><br>          Plaintiff,<br><br>vs.<br><br>TRACY D. DIAZ AND CAITLYN DIAZ<br><br>         Defendants. | Case No.: 16-cv-08794<br><br>**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |

## STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

   **IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, without prejudice, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

By: _/s/ Marc J. Gross_
Marc J. Gross, Esq.
Windels Marx Lane & Mittendorf, LLP
*Attorneys for Plaintiff*
156 West 56th Street
New York, New York 10019

Dated: 3/2, 2018

By: _/s/ Caitlyn Diaz_
Caitlyn Diaz
*Pro Se Defendant* 94 Creamery Drive
New Windsor, New York 12553

Dated: 3/1, 2018

By: _/s/ Tracy D. Diaz_
Defendant Tracy D. Diaz
*Pro Se Defendant* 94 Creamery Drive
New Windsor, New York 12553

Dated: 3-1-, 2018

{11510205.1}